IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MICHAEL D. HAWK,  :  Bankruptcy No. 19-14122-ELF
                          :
        Debtor.           :  Chapter 13

## ORDER OF COURT

AND NOW, this ___18th___ day of _____July_____, 2019, upon consideration of the Debtor's Motion for Enlargement of Time, it is hereby **ORDERED** that the Debtor's deadline for filing the Attorney Disclosure Statement, Chapter 13 Plan, Schedules AB-J, Statement of Financial Affairs, Summary of Assets and Liabilities, and Statement of Current Monthly Income Form 122 is extended to **July 26, 2019**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**