United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-14122-elf
Michael D. Hawk                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa         Page 1 of 1           Date Rcvd: Jul 18, 2019
                        Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.
db              +Michael D. Hawk,    103 Matthew Drive,    Sinking Spring, PA 19608-9418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2019 03:00:39      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                                                       TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2019 at the address(es) listed below:
        KEVIN G. MCDONALD    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        STEPHEN MCCOY OTTO    on behalf of Debtor Michael D. Hawk steve@sottolaw.com, info@sottolaw.com, no_reply@ecf.inforuptcy.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                            TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MICHAEL D. HAWK,  : Bankruptcy No. 19-14122-ELF
  :
  Debtor.  : Chapter 13

## ORDER OF COURT

AND NOW, this __18th__ day of __July_____, 2019, upon consideration of the Debtor's Motion for Enlargement of Time, it is hereby **ORDERED** that the Debtor's deadline for filing the Attorney Disclosure Statement, Chapter 13 Plan, Schedules AB-J, Statement of Financial Affairs, Summary of Assets and Liabilities, and Statement of Current Monthly Income Form 122 is extended to **July 26, 2019**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**