IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  MICHAEL D. HAWK, | :  Bankruptcy No. 19-14122-ELF |
| | : |
| Debtor. | :  Chapter 13 |

### **ORDER OF COURT**

AND NOW, this ___31st___ day of _____July_____, 2019, upon consideration of the Debtor's Second Motion for Enlargement of Time, it is hereby **ORDERED** that the Debtor's deadline for filing the Attorney Disclosure Statement, Chapter 13 Plan, Schedules AB-J, Statement of Financial Affairs, Summary of Assets and Liabilities, and Statement of Current Monthly Income Form 122 is extended until **August 2, 2019**.

No further extensions shall be granted.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**