United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael D. Hawk  
    Debtor

Case No. 19-14122-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Jul 31, 2019  
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.  
db          +Michael D. Hawk,   103 Matthew Drive,   Sinking Spring, PA 19608-9418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 03:31:51     Synchrony Bank,  
          c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                                     TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:  
        KEVIN G. MCDONALD   on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
        STEPHEN MCCOY OTTO   on behalf of Debtor Michael D. Hawk steve@sottolaw.com, info@sottolaw.com, no_reply@ecf.inforuptcy.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                       TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MICHAEL D. HAWK,  : Bankruptcy No. 19-14122-ELF
:
Debtor.  : Chapter 13

**ORDER OF COURT**

AND NOW, this __31st__ day of _____July_____, 2019, upon consideration of the Debtor's Second Motion for Enlargement of Time, it is hereby **ORDERED** that the Debtor's deadline for filing the Attorney Disclosure Statement, Chapter 13 Plan, Schedules AB-J, Statement of Financial Affairs, Summary of Assets and Liabilities, and Statement of Current Monthly Income Form 122 is extended until **August 2, 2019**.

No further extensions shall be granted.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**