United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 19-14122-elf
Michael D. Hawk                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Keith          Page 1 of 2              Date Rcvd: Aug 14, 2019
                           Form ID: 309I         Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
```
db            +Michael D. Hawk,   103 Matthew Drive,   Sinking Spring, PA 19608-9418
tr            +SCOTT F. WATERMAN (Chapter 13),   Chapter 13 Trustee,   2901 St. Lawrence Ave.,   Suite 100,
               Reading, PA 19606-2265
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
ust           +United States Trustee,   Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,
               Philadelphia, PA 19106-2908
14372803      +ACAR Leasing LTD,   d/b/a GM Financial Leasing,   P.O. Box 183853,   Arlington, TX 76096-3853
14368942      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14349454      +Best Buy/CBNA,   POB 6497,   Sioux Falls, SD 57117-6497
14349455     ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
              (address filed with court: Credit Acceptance,   25505 West Twelve Mile Road,
               Southfield, MI 48034)
14349461      +June L. Hawk,   103 Matthew Drive,   Sinking Spring, PA 19608-9418
14349462      +Kay Pool & Spa Service,   c/o Roland Rick Stock LLC,   627 North Fourth Street,
               Reading, PA 19601-2824
14355240      +Pingora Loan Servicing, LLC,   KML LAW GROUP, P.C.,   701 Market St. Suite 5000,
               Philadelphia, PA 19106-1541
14349467      +The Bank of Missouri,   216 W 2nd Avenue,   Dixon, MO 65459-8048
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: steve@sottolaw.com Aug 15 2019 02:50:51      STEPHEN MCCOY OTTO,
               Law Office of Stephen M. Otto, LLC,   833 N. Park Road,   Suite 102,   Wyomissing, PA  19610
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 15 2019 02:51:18
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 15 2019 02:51:26      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14369021      +EDI: CINGMIDLAND.COM Aug 15 2019 06:53:00      AT&T Mobility II LLC,   %AT&T SERVICES INC.,
               KAREN A. CAVAGNARO  LEAD PARALEGAL,   ONE AT&T WAY, SUITE 3A104,   BEDMINSTER, NJ. 07921-2693
14349453       EDI: BANKAMER.COM Aug 15 2019 06:53:00      Bank of America,   POB 982235,   El Paso, TX 79998
14351832      +E-mail/Text: bankruptcy@cavps.com Aug 15 2019 02:51:25      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14367713      +EDI: CRESCENTBANK.COM Aug 15 2019 06:53:00      Crescent Bank & Trust,   P.O. Box 61813,
               New Orleans, LA 70161-1813
14349456       EDI: CRESCENTBANK.COM Aug 15 2019 06:53:00      Crescent Bank and Trust,
               Customer Correspondence,   P.O. Box 61813,   New Orleans, LA 70161-1813
14349457       EDI: DISCOVER.COM Aug 15 2019 06:53:00      Discover,   P.O. Box 30943,
               Salt Lake City, UT  84130
14353303       EDI: DISCOVER.COM Aug 15 2019 06:53:00      Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH  43054-3025
14349458       EDI: BLUESTEM Aug 15 2019 06:53:00      Fingerhut/Webbank,   6250 Ridgewood Rd,
               Saint Cloud, MN 56303-0820
14349459      +E-mail/Text: cashiering-administrationservices@flagstar.com Aug 15 2019 02:51:40
               Flagstar Bank,   5151 Corporate Drive,   Troy, MI 48098-2639
14349460      +EDI: PHINAMERI.COM Aug 15 2019 06:53:00      GM Financial,   POB 181145,
               Arlington, TX 76096-1145
14349463      +EDI: RESURGENT.COM Aug 15 2019 06:53:00      LVNV Funding LLC,   15 South Main Street Ste 500,
               Greenville, SC 29601-2769
14365659      +EDI: MID8.COM Aug 15 2019 06:53:00      Midland Funding LLC,   PO Box 2011,
               Warren, MI 48090-2011
14349464       EDI: AGFINANCE.COM Aug 15 2019 06:53:00      ONEMAIN FINANCIAL,   PO Box 1010,
               Evansville, IN 47706-1010
14355964      +EDI: AGFINANCE.COM Aug 15 2019 06:53:00      Onemain,   PO Box 3251,   Evansville, IN 47731-3251
14349465       EDI: PRA.COM Aug 15 2019 06:53:00      PORTFOLIO RECOVERY ASSOC,   Riverside Commerce Center,
               120 Corporate Blvd Ste 100,   Norfolk , VA-235024962
14349466       EDI: RMSC.COM Aug 15 2019 06:53:00      SYNCB/CARE CREDIT,   PO Box 965036,
               Orlando, FL 32896-5036
14357965      +EDI: RMSC.COM Aug 15 2019 06:53:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
                                                                               TOTAL: 20
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +SCOTT F. WATERMAN (Chapter 13),   Chapter 13 Trustee,   2901 St. Lawrence Ave.,   Suite 100,
               Reading, PA 19606-2265
                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-4          User: Keith          Page 2 of 2          Date Rcvd: Aug 14, 2019
                              Form ID: 309I         Total Noticed: 36
```

```
           ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2019 at the address(es) listed below:
          KEVIN G. MCDONALD   on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          STEPHEN MCCOY OTTO   on behalf of Debtor Michael D. Hawk steve@sottolaw.com,  info@sottolaw.com,
           no_reply@ecf.inforuptcy.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael D. Hawk** | Social Security number or ITIN   **xxx–xx–2924** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | Date case filed for chapter  **13   6/28/19** |
| Case number:   **19–14122–elf** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                    **12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael D. Hawk | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 103 Matthew Drive Sinking Spring, PA 18608 | |
| 4. | **Debtor's attorney** Name and address | STEPHEN MCCOY OTTO Law Office of Stephen M. Otto, LLC 833 N. Park Road Suite 102 Wyomissing, PA 19610 | Contact phone 484–220–0481  Email:  steve@sottolaw.com |
| 5. | **Bankruptcy trustee** Name and address | SCOTT F. WATERMAN (Chapter 13) Chapter 13 Trustee 2901 St. Lawrence Ave. Suite 100 Reading, PA 19606 | Contact phone (610) 779–1313  Email:  ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street Suite 300 Reading, PA 19601 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.  Contact phone (610)2085040  Date: 8/14/19 |

**For more information, see page 2**

Debtor  **Michael D. Hawk**                                                                                                   Case number **19–14122–elf**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 10, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**2901 St. Lawrence Ave, Reading, PA 19606** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:**<br><br>---<br><br>**Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>---<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 11/9/19**<br><br><br><br><br><br><br><br><br>**Filing deadline: 9/6/19**<br><br><br>**Filing deadline: 12/25/19**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $800.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/24/19** at **10:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |