United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Michael D. Hawk   
      Debtor

Case No. 19-14122-elf   
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: Lisa | Page 1 of 1 | Date Rcvd: Oct 31, 2019 |
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14380671       E-mail/Text: bnc-quantum@quantum3group.com Nov 01 2019 03:14:34
         Quantum3 Group LLC as agent for,   Bluestem and SCUSA,   PO Box 788,
         Kirkland, WA  98083-0788
                                                                             TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:
        KEVIN G. MCDONALD   on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
        ROLANDO   RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ecfmail@readingch13.com, ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
        STEPHEN MCCOY OTTO   on behalf of Debtor Michael D. Hawk steve@sottolaw.com,   info@sottolaw.com,
         no_reply@ecf.inoruptcy.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                    TOTAL: 6

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-14122-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael D. Hawk
103 Matthew Drive
Sinking Spring PA 18608

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/31/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 11: Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/02/19

Tim McGrath
**CLERK OF THE COURT**