UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    MICHAEL D. HAWK<br><br>    Debtor | Chapter 13<br>Bankruptcy No.19-14122-ELF |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 4th day of December, 2019, by first class mail upon

those listed below:

MICHAEL D. HAWK
103 MATTHEW DRIVE
SINKING SPRING, PA  18608

**Electronically via CM/ECF System Only:**

STEPHEN MC COY OTTO ESQ
833 N PARK ROAD
SUITE 102
WYOMISSING, PA  19610

 

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee