### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael D. Hawk,  ) CHAPTER 13
                         )
Debtor                   ) BKY. NO. 19-14122 ELF

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Kay Pool and Spa Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Michael R. McFarlin, Esquire
Michael R. McFarlin, Esquire
Attorney for Kay Pool and Spa Servicing, LLC
PA Attorney I.D. #: 59677
ROLAND RICK STOCK
933 N. Charlotte Street, Suite 3B
Pottstown, PA 19464
610-850-9036
Fax: 610-850-9035
mmcfarlin@rrslegal.com