IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : No. 19-14122-ELF
MICHAEL D. HAWK, :
    Debtor. :

## DEBTOR'S RESPONSE TO MOTION OF PINGORA LOAN SERVICING, LLC
## FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW comes the Debtor, Michael D. Hawk, by and through his attorneys, Stephen M. Otto, Esquire and Law Office of Stephen M. Otto, LLC, and files the within Response, of which the following is a statement:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied. Debtor is without knowledge or information sufficient to form a belief as to the truth of the averment.

8. Denied. Debtor is without knowledge or information sufficient to form a belief as to the truth of the averment.

9. Admitted. Debtor is behind with plan payments; however, Debtor plans to submit an amended Plan to address this issue.

10. Legal conclusion to which no response necessary

11. No response necessary.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's request.

        Respectfully submitted,
        LAW OFFICE OF STEPHEN M. OTTO, LLC

By:    <u>/s/Stephen M. Otto</u>
        Stephen M. Otto, Esq.
        833 N. Park Road Ste 102
        Wyomissing, PA 19610
        484-220-0481
        PA. I.D. No. 82463
        steve@sottolaw.com