| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-14122-PMM**

MICHAEL D. HAWK  
103 MATTHEW DRIVE  
SINKING SPRING  PA     18608

Petition Filed Date: 06/28/2019  
341 Hearing Date: 09/10/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/08/2019 | $800.00 | | 10/23/2019 | $800.00 | | 11/18/2019 | $800.00 | |
| 02/10/2020 | $941.00 | | 02/14/2020 | $941.00 | | 03/13/2020 | $1,049.00 | |
| 06/26/2020 | $1,573.50 | | 07/02/2020 | $1,573.50 | | 07/08/2020 | $1,097.00 | |
| 07/31/2020 | $1,097.00 | | | | | | | |

**Total Receipts for the Period:  $10,672.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,672.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,672.00 | Current Monthly Payment: | $1,048.78 |
| Paid to Claims: | $0.00 | Arrearages: | ($48.22) |
| Paid to Trustee: | $997.90 | Total Plan Base: | $93,378.70 |
| Funds on Hand: | $9,674.10 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.