IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-14122-PMM |
| MICHAEL D. HAWK, | : | |
| Debtor. | : | Chapter 13 |

**ORDER GRANTING STIPULATION**

AND NOW this _____ day of September, 2020, it is hereby ordered that the Stipulation Regarding Claim of Kay Pool and Spa Services, LLC (Claim #17) and Treatment of Related Judgment Lien is GRANTED.

BY THE COURT:

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE

**Date: September 17, 2020**