United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-14122-pmm
Michael D. Hawk                                                         Chapter 13
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4              User: Lisa              Page 1 of 1              Date Rcvd: Sep 17, 2020
                                 Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db              +Michael D. Hawk,    103 Matthew Drive,   Sinking Spring, PA 19608-9418
cr              +Kay Pool and Spa Service, LLC,   Michael R. McFarlin, Esquire,    933 N. Charlotte Stree,
                 Suite 3B,   Pottstown, PA 19464,   UNITED STATES 19464-3974
14441737        +Kay Pool and Spa Services, LLC,   C/O Michael R. McFarlin, Esquire,   ROLAND RICK STOCK,
                 933 N. Charlotte Street, Suite 3B,   Pottstown, PA 19464-3974

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2020 05:11:57
                 Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
cr              +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2020 05:17:41      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                         TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
            KEVIN G. MCDONALD    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
            MICHAEL RAYBURN MCFARLIN    on behalf of Creditor    Kay Pool and Spa Service, LLC
             mmcfarlin@rrslegal.com
            REBECCA ANN SOLARZ    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
            ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
             ecfmail@readingch13.com
            SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
            SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
             ECFMail@ReadingCh13.com
            STEPHEN MCCOY OTTO    on behalf of Debtor Michael D. Hawk steve@sottolaw.com,   info@sottolaw.com,
             no_reply@ecf.inforuptcy.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-14122-PMM |
| MICHAEL D. HAWK, | : | |
| Debtor. | : | Chapter 13 |

## <u>ORDER GRANTING STIPULATION</u>

AND NOW this _____ day of September, 2020, it is hereby ordered that the

Stipulation Regarding Claim of Kay Pool and Spa Services, LLC (Claim #17) and Treatment of

Related Judgment Lien is GRANTED.


BY THE COURT:

_____
**Date: September 17, 2020**

UNITED STATES BANKRUPTCY JUDGE