United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 19-14122-pmm
Michael D. Hawk                                                                          Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa                   Page 1 of 1                   Date Rcvd: Sep 24, 2020
                              Form ID: 155                 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2020.
db             +Michael D. Hawk,   103 Matthew Drive,   Sinking Spring, PA 19608-9418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
     KEVIN G. MCDONALD    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
     MICHAEL RAYBURN MCFARLIN    on behalf of Creditor    Kay Pool and Spa Service, LLC
      mmcfarlin@rrslegal.com
     REBECCA ANN SOLARZ    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
     ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
      ecfmail@readingch13.com
     SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
     SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
      ECFMail@ReadingCh13.com
     STEPHEN MCCOY OTTO    on behalf of Debtor Michael D. Hawk steve@sottolaw.com,    info@sottolaw.com,
      no_reply@ecf.inforuptcy.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                  TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Michael D. Hawk
    Debtor(s)

Chapter: 13
Bankruptcy No: 19−14122−pmm

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this September 24, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

56
Form 155