UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 19-14122-PMM |
| MICHAEL D. HAWK ) | CHAPTER 13 |
| DEBTOR ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 103 MATTHEW DR, SINKING SPRING, PA 19608 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******5266**

NOW COMES Freedom Mortgage Corporation, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Andrew Spivack
Brock and Scott, PLLC
Attorneys at Law
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
PABKR@brockandscott.com

Freedom Mortgage
10500 Kincaid Drive
Fishers, Indiana 46037

Please take notice that the undersigned hereby appears as counsel for Freedom Mortgage Corporation pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the

21-01597 BKOBJ01




Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

                                              RESPECTFULLY SUBMITTED,

/s/ *Andrew Spivack*
Andrew Spivack
Attorney at Law (84439)
Brock & Scott, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
844-856-6646 x3017
704-369-0760
PABKR@brockandscott.com

21-01597 BKOBJ01

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on February 11, 2021 to the following:

MICHAEL D. HAWK
103 MATTHEW DR
SINKING SPRING, PA 18608

Law Office of Stephen M. Otto, LLC
833 N. Park Road
Suite 102
Wyomissing, PA 19610
steve@sottolaw.com


Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

United States Trustee, US Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106


      /s/ Andrew Spivack
      Andrew Spivack
      Attorney at Law (84439)
      Brock & Scott, PLLC
      302 Fellowship Road, Suite 130
      Mount Laurel, NJ 08054
      844-856-6646 x3017
      704-369-0760
      PABKR@brockandscott.com