United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael D. Hawk  
    Debtor

Case No. 19-14122-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Mar 04, 2021      Form ID: pdf900      Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D. Hawk, 103 Matthew Drive, Sinking Spring, PA 19608-9418 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Kay Pool and Spa Service, LLC, Michael R. McFarlin, Esquire, 933 N. Charlotte Stree, Suite 3B, Pottstown, PA 19464 UNITED STATES 19464-3974 |
| 14372803 | + | ACAR Leasing LTD, d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14349453 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, POB 982235, El Paso, TX 79998 |
| 14368942 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14573192 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14582571 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14582570 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14349461 | + | June L. Hawk, 103 Matthew Drive, Sinking Spring, PA 19608-9418 |
| 14349462 | + | Kay Pool & Spa Service, c/o Roland Rick Stock LLC, 627 North Fourth Street, Reading, PA 19601-2824 |
| 14441773 | + | Kay Pool and Spa Services, LLC, CO Michael R. McFarlin, Esquire, ROLAND RICK STOCK, 933 N. Charlotte Street, Suite 3B, Pottstown, PA 19464-3974 |
| 14441737 | + | Kay Pool and Spa Services, LLC, C/O Michael R. McFarlin, Esquire, ROLAND RICK STOCK, 933 N. Charlotte Street, Suite 3B, Pottstown, PA 19464-3974 |
| 14355240 | + | Pingora Loan Servicing, LLC, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14349467 | #+ | The Bank of Missouri, 216 W 2nd Avenue, Dixon, MO 65459-8048 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 05 2021 02:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 05 2021 02:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 05 2021 02:35:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14369021 | + | Email/Text: g20956@att.com | Mar 05 2021 02:24:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14349454 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2021 02:37:08 | Best Buy/CBNA, POB 6497, Sioux Falls, SD |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 57117-6497 |
| 14349455 | | Email/Text: ebnnotifications@creditacceptance.com | Mar 05 2021 02:23:00 | Credit Acceptance, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14351832 | + | Email/Text: bankruptcy@cavps.com | Mar 05 2021 02:24:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14367713 | + | Email/Text: bankruptcy@cbtno.com | Mar 05 2021 02:24:00 | Crescent Bank & Trust, P.O. Box 61813, New Orleans, LA 70161-1813 |
| 14349456 | | Email/Text: bankruptcy@cbtno.com | Mar 05 2021 02:24:00 | Crescent Bank and Trust, Customer Correspondence, P.O. Box 61813, New Orleans, LA 70161-1813 |
| 14349457 | | Email/Text: mrdiscen@discover.com | Mar 05 2021 02:23:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 14353303 | | Email/Text: mrdiscen@discover.com | Mar 05 2021 02:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14349458 | | Email/Text: bnc-bluestem@quantum3group.com | Mar 05 2021 02:24:00 | Fingerhut/Webbank, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14349459 | + | Email/Text: cashiering-administrationservices@flagstar.com | Mar 05 2021 02:24:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14349460 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 05 2021 02:23:00 | GM Financial, POB 181145, Arlington, TX 76096-1145 |
| 14378643 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2021 02:35:47 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14349463 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2021 02:35:45 | LVNV Funding LLC, 15 South Main Street Ste 500, Greenville, SC 29601-2769 |
| 14365659 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 05 2021 02:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14349464 | | Email/PDF: cbp@onemainfinancial.com | Mar 05 2021 02:33:41 | ONEMAIN FINANCIAL, PO Box 1010, Evansville, IN 47706-1010 |
| 14355964 | + | Email/PDF: cbp@onemainfinancial.com | Mar 05 2021 02:36:57 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 14349465 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 05 2021 02:35:20 | PORTFOLIO RECOVERY ASSOC, Riverside Commerce Center, 120 Corporate Blvd Ste 100, Norfolk , VA-235024962 |
| 14384211 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 05 2021 02:35:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14384502 | + | Email/Text: cashiering-administrationservices@flagstar.com | Mar 05 2021 02:24:00 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14413825 | | Email/Text: bnc-quantum@quantum3group.com | Mar 05 2021 02:23:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14380671 | | Email/Text: bnc-quantum@quantum3group.com | Mar 05 2021 02:23:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 14349466 | | Email/PDF: gecsedi@recoverycorp.com | Mar 05 2021 02:36:57 | SYNCB/CARE CREDIT, PO Box 965036, Orlando, FL 32896-5036 |
| 14357965 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 05 2021 02:36:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021                Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:

**Name**  **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com

KEVIN G. MCDONALD
on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com

MICHAEL RAYBURN MCFARLIN
on behalf of Creditor Kay Pool and Spa Service  LLC mmcfarlin@rrslegal.com

REBECCA ANN SOLARZ
on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
on behalf of Debtor Michael D. Hawk steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   MICHAEL D. HAWK<br><br>   Debtor | Chapter 13<br><br>Bankruptcy No. 19-14122-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

*(signed)* Patricia M. Mayer

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

**Date: March 4, 2021**