Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-14122-PMM**

MICHAEL D. HAWK
103 MATTHEW DRIVE
SINKING SPRING  PA     18608

Petition Filed Date: 06/28/2019
341 Hearing Date: 09/10/2019
Confirmation Date: 09/24/2020

Case Status: Dismissed After Confirmation on 3/ 4/2021
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/10/2020 | $941.00 | | 02/14/2020 | $941.00 | | 03/13/2020 | $1,049.00 | |
| 06/26/2020 | $1,573.50 | | 07/02/2020 | $1,573.50 | | 07/08/2020 | $1,097.00 | |
| 07/31/2020 | $1,097.00 | | 09/28/2020 | $2,097.56 | | | | |

**Total Receipts for the Period:  $10,369.56   Amount Refunded to Debtor Since Filing:  $0.65   Total Receipts Since Filing: $12,769.56**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP »» 001 | Secured Creditors | $3.07 | $0.00 | $3.07 |
| 2 | CAVALRY INVESTMENTS LLC »» 002 | Unsecured Creditors | $646.00 | $0.00 | $646.00 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $1,188.80 | $0.00 | $1,188.80 |
| 4 | ONE MAIN FINANCIAL »» 004 | Unsecured Creditors | $2,787.67 | $0.00 | $2,787.67 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 005 | Unsecured Creditors | $2,236.43 | $0.00 | $2,236.43 |
| 6 | CRESCENT BANK & TRUST »» 006 | Secured Creditors | $417.30 | $88.39 | $328.91 |
| 7 | BANK OF AMERICA NA »» 007 | Unsecured Creditors | $807.52 | $0.00 | $807.52 |
| 8 | AT&T MOBILITY II LLC C/O AT&T SERVICES »» 008 | Unsecured Creditors | $1,587.18 | $0.00 | $1,587.18 |
| 9 | ACAR LEASING LTE  DBA »» 009 | Unsecured Creditors | $15,544.02 | $0.00 | $15,544.02 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $2,341.40 | $0.00 | $2,341.40 |
| 11 | QUANTUM3 GROUP LLC as agent for »» 011 | Unsecured Creditors | $3,812.24 | $0.00 | $3,812.24 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $5,710.16 | $0.00 | $5,710.16 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $7,934.48 | $0.00 | $7,934.48 |
| 14 | FREEDOM MORTGAGE CORPORATION »» 14A | Mortgage Arrears | $25,483.21 | $5,397.68 | $20,085.53 |
| 15 | FREEDOM MORTGAGE CORPORATION »» 14B | Mortgage Arrears | $9,797.24 | $2,075.18 | $7,722.06 |

**Chapter 13 Case No. 19-14122-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $679.43 | $0.00 | $679.43 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $9,659.82 | $0.00 | $9,659.82 |
| 18 | KAY POOL & SPA SERVICES, LLC<br>»» 017 | Unsecured Creditors | $5,448.79 | $0.00 | $5,448.79 |
| 0 | MICHAEL D. HAWK | Debtor Refunds | $0.65 | $0.65 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,769.56 | Current Monthly Payment: | $1,048.78 |
| Paid to Claims: | $11,561.90 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,207.66 | Total Plan Base: | $111,205.62 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.